AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| PERRY P. BIAYEIO<br>also known as PETER DIABO | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 29, 2006 through April 6, 2006, in the District of Columbia defendant did, (Track Statutory Language of Offense)

See Attached Affidavit.

in violation of Title __18__ United States Code, Section(s) __371; 1344; and 2__.

I further state that I am __Ryan Petrasek, Special Agent with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
Ryan Petrasek, Special Agent
United States Secret Service

AUSA, Daniel P. Butler   (202) 353-9431
Sworn to before me and subscribed in my presence,

_____    at    Washington, D.C.
Date                                       City and State

_____    _____
Name & Title of Judicial Officer         Signature of Judicial Officer